UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DUANNE WINLEY-DUNK, on her own
behalf, and on behalf of those similarly situated,

                                    Plaintiffs,

        -against-


HEALTHPLUS SURGERY CENTER, LLC,

                                Defendant.
----------------------------------------------------------------------X

Docket No.

**COMPLAINT**

Jury Trial Demanded

        Plaintiffs, complaining of Defendants, by their attorneys, **ROBINSON & YABLON, P.C.**, set forth that:

### PRELIMINARY STATEMENT

        1.      Plaintiff, Duanne Winley-Dunk (hereinafter referred to as "Plaintiff") commences this action on behalf of herself and all other individuals who were patients at Defendant, HealthPlus Surgery Center, LLC (hereinafter referred to as "HealthPlus"), between January 1, 2018 and September 7, 2018.

        2.      Plaintiff is seeking compensatory, consequential, liquidated, statutory, and punitive damages against Defendant, HealthPlus on behalf of herself and all other Defendant, HealthPlus patients, together with all other appropriate relief provided by state, federal and common law.

        3.      Plaintiff brings this action on behalf of herself and all other Defendant, HealthPlus patients whom Defendant, HealthPlus has exposed to or potentially exposed to blood borne pathogens such as hepatitis B, hepatitis C and human immunodeficiency virus (HIV).

4.    Specifically, Defendant, HealthPlus recklessly and negligently failed to follow proper sterile processing procedures and failed to comply with other regulations regarding the dispensing and storage of medication, the sterilization and cleaning of instruments, as well as, infection control and planning procedures.

## PARTIES

5.    At all times hereinafter mentioned, Plaintiff, DUANNE WINLEY-DUNK, is a resident of the State of New York, Kings County.

6.    Defendant, HealthPlus, is a foreign limited liability company organized and existing by virtue of the laws of the State of New Jersey, with its principal place of business located in Saddle Brook, New Jersey.

## JURISDICTION AND VENUE

7.    This Court has jurisdiction over the state law claims asserted herein pursuant to the Class Action Fairness Act, 28 U.S.C. §1332(d), since members of the putative Plaintiff class reside in states across the Country, including, but not limited to, New York; Defendant, HealthPlus is an entity incorporated within the State of New Jersey; there are more than 100 putative class members; and the amount in controversy exceeds $5,000,000.00, exclusive of interests and costs.

8.    Venue is appropriate in this Court pursuant to 28 U.S.C. §1391(b)(2) because the plaintiff does, and some putative class members likely do, reside in the Eastern District of New York, the defendant advertises its business in the Eastern District of New York and the defendant knowingly treats patients residing in the Eastern District of New York, and a substantial part of the events or omissions giving rise to the claims occurred within the Eastern District of New York.

## CLASS ACTION ALLEGATIONS

9.      Plaintiff has commenced this action as a class action on behalf of all HealthPlus patients who treated at HealthPlus between January 1, 2018 and September 7, 2018.

10.     **Ascertainable class**: The proposed Class is ascertainable in that its members can be identified and located using information contained in Defendant, HealthPlus' records kept in the ordinary course of its business.

11.     **Numerosity**: The potential number of persons in the Class is so numerous that joinder of all members would be unfeasible and impractical. The disposition of their claims through this class action will benefit both parties and this Court. The exact number of persons in this Class is unknown to Plaintiff at this time; however, it is estimated that the number exceeds 3,700 individuals.

12.     **Typicality**: Plaintiff's claims are typical of the claims of all of the other members of the Class because all of the plaintiffs sustained similar injuries and damages arising out of Defendant, HealthPlus' common cause or course of conduct in violation of State and Federal laws and regulations and the injuries and damages of all the other members of the Class were caused by Defendant, HealthPlus' wrongful conduct as described in this Complaint.

13.     **Adequacy**:  Plaintiff is an adequate representative of the Class; will fairly protect the interests of the other members of the Class; has no interests antagonistic to the members of the Class; and will vigorously pursue this suit via attorneys who are competent, skilled and experienced in litigating matters of this type. There will be no difficulty in the management of this action as a class action.

14.    **Superiority**:    The nature of this action makes the use of the class action vehicle a particularly efficient and appropriate procedure to afford relief to Plaintiff and the other members of the Class for the wrongs alleged herein, as follows:

    a.  This case involves a large corporate Defendant, HealthPlus, and a large number of individuals with various size claims and common issues of law and fact;

    b.  If each individual member of the Class was required to file an individual lawsuit, Defendant, HealthPlus would necessarily gain an unconscionable advantage because, with its vastly superior financial and legal resources, it would be able to exploit and overwhelm the limited resources of each individual member of the Class;

    c.  Requiring each individual member of the Class to pursue an individual remedy would also discourage the assertion of lawful claims by members of the Class who would be disinclined to pursue an action against Defendant, HealthPlus because of an appreciable and justifiable fear of retaliation, as some Class members still receive medical services from Defendant, HealthPlus and its affiliated medical professionals;

    d.  The Prosecution of separate actions by the individual members of the Class, even if possible, would create a substantial risk of inconsistent or varying verdicts or adjudications with respect to the individual members of the Class against Defendant, HealthPlus; would establish potentially incompatible standards of conduct for Defendant, HealthPlus, would result in legal determinations with respect to individual members of the Class which would, as a practical matter, be dispositive of the interest of the other members of the Class who are not parties to the adjudications; and/or would substantially impair or impede the ability of the members of the Class to protect their own interests;

    e.  The claims of the individual members of the Class may not be sufficiently large to warrant vigorous individual prosecution considering all of the concomitant costs and expenses thereto;

    f.  Furthermore, as the damages suffered by some individual member of the Class may be relatively small, the expense and burden of individual litigation would make it difficult or even impossible for individual member of the Class to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a class action; and

    g.  The costs to the court system of adjudication of such individualized litigation would be substantial.

15.    **Existence of Predominance of Common Questions of Fact and Law:** Common questions of law and fact exist as to members of the Class which predominate over questions affecting only individual members of the Class, including, but not limited to, the following:

**Common Questions of Fact and Law regarding HealthPlus' Negligent and Reckless Infection Control Procedures:**

a.    Whether each and every patient of Defendant, HealthPlus between January 1, 2018 and September 7, 2018 reasonably expected to be treated at an ambulatory surgery center where they would not be negligently and recklessly exposed to the spread of blood borne pathogens;

b.    Whether Defendant, HealthPlus failed to properly administer medical treatment, namely sterilize and clean instruments, failed to properly administer medication and failed to properly control infections of its patients;

c.    Whether Defendant, HealthPlus was negligent in the hiring, training, formulation of protocols and procedures, monitoring and/or supervision, of its agents, servants and/or employees with respect to the dispensing and storage of medication, sterilization of medical equipment, tools and/or instrumentation and infection control planning and procedures.

d.    What efforts Defendant, HealthPlus undertook to inform its patients of the potential for exposure to blood borne pathogens, including but not limited to hepatitis B, hepatitis C and human immunodeficiency virus (HIV);

**Additional Questions of Fact and Law regarding Defendant HealthPlus' Conduct:**

a.    Whether Defendant, HealthPlus is liable for attorneys' fees and costs.

16.    Plaintiff intends to send notice to all members of the Class to the extent required by applicable law.

## STATEMENT OF FACTS

17.    Defendant, HealthPlus is an ambulatory Surgery and Care Facility that provides surgery and other medical procedure services to its many patients.

18.    On or about December 26, 2018, Defendant, HealthPlus released a statement disclosing that on September 7, 2018 the State of New Jersey Department of Health closed Defendant, HealthPlus because some members of its staff "were not following proper sterile processing procedures and failed to comply with other regulations regarding the dispensing and storage of medication, as well as infection control planning and procedures". A copy of the Statement is annexed hereto as **Exhibit "1"**.

19.    The statement further revealed that investigation by the State of New Jersey Department of Health found that during the time period of January 1, 2018 and September 7, 2018, "deficiencies in infection control in both our sterilization/cleaning of instruments and the injection of medications may have exposed patients to blood borne pathogens (diseases in people's blood), such as hepatitis B, hepatitis C and human immunodeficiency virus (HIV). **Id.**

20.    Defendant, HealthPlus additionally issued notices to an estimated 3,700 former patients, advising that "lapses in infection control in sterilization/cleaning instruments and the injection of medications may have exposed patients to blood borne pathogens (diseases in people's blood), such as hepatitis B, hepatitis C and human immunodeficiency virus (HIV).

**Plaintiff Duanne Winley-Dunk**

21.    Plaintiff, Duanne Winley-Dunk was a patient at Defendant, HealthPlus on August 16, 2018, and underwent a right shoulder surgery.

22.    While a patient at Defendant, HealthPlus on August 16, 2018, Plaintiff, Duanne Winley-Dunk was administered medications intravenously and various medical instruments were used upon her before, during and after surgery.

23.    On December 17, 2018, Plaintiff, Duanne Winley-Dunk received a letter from Defendant, HealthPlus advising her that she may have been exposed to blood borne pathogens including hepatitis B, hepatitis C and human immunodeficiency virus (HIV) while she was a patient at Defendant, HealthPlus.  A copy of the letter is annexed hereto as **Exhibit "2"**.

## AS AND FOR A FIRST CAUSE OF ACTION:
### Negligence and Recklessness

24.    Plaintiff, on behalf of herself and the Class Members, repeat and re-allege the allegations set forth in paragraphs "1" through "23" as if set forth fully herein.

25.    Plaintiff and the putative class members were patients of Defendant, HealthPlus between January 1, 2018 and September 7, 2018.

26.    Defendant, HealthPlus is responsible to ensure and maintain the safety of all patients who received treatment from their agents, apparent agents, servants, and/or employees.

27.    Defendant, HealthPlus, through its agents, servants, and/or employees, owed to the Plaintiff and others similarly situated a duty to exercise a degree of care, skill and judgment expected of a competent medical corporation acting in the same of similar circumstances, which duty included the performance of adequate and proper inspection and maintenance of sterilizations equipment, proper sterilization of tools, and proper supervision and oversight of staff responsible for the sterilization of medical tools and equipment, such that Plaintiff can undergo medical procedures and surgery without the risk of contracting blood pathogens, including but not limited to hepatitis B, hepatitis C and human immunodeficiency virus (HIV).

28.     Between January 1, 2018 and September 7, 2018 Defendant, HealthPlus had a duty under applicable standards of medical practice and common law to properly investigate, credential, qualify, select, monitor, supervise, and retain only lawful and competent staff who act in accordance with the standards of care.

29.     Between January 1, 2018 and September 7, 2018 Defendant, HealthPlus had a duty under applicable standards of medical practice and common law to promulgate proper and effective standards, procedures, protocols, systems and rules to ensure quality care, safety, privacy and lawful care of their patients.

30.     Defendant, HealthPlus knew or should have known that the sterilization procedures at their facility were insufficient and posed a substantial risk of harm to the Plaintiff and others similarly situated between January 1, 2018 and September 7, 2018.

31.     Defendant, HealthPlus, through its agents, servants and/or employees, was negligent and reckless in that it failed to adequately and properly inspect and maintain sterilization equipment, conduct the proper sterilization of tools and properly supervise and oversee staff responsible the sterilization of medical tools and equipment and were otherwise negligent and reckless.

32.     Defendant, HealthPlus breached its common law duties and the applicable standards of medical practice on an ongoing basis by negligently and recklessly failing to investigate, credential, qualify, select, monitor and supervise its medical personnel and staff to perform adequate sterilization.

33.     Defendant, HealthPlus breached its common law duties and the applicable standards of medical practice on an ongoing basis by negligently and recklessly failing to promulgate proper and effective standards, procedures, protocols, systems and rules to ensure the quality care, safety, privacy and lawful care of their patients.

34.     Defendant, HealthPlus' continuing breaches of common law and the applicable standards of medical care constituted negligence, gross negligence, carelessness, recklessness and wanton misconduct—on a continuing basis.

35.     As a direct and proximate result of the aforementioned negligence and recklessness, as well as Defendant, HealthPlus' ongoing breaches of the common law and violations of the standards of care, Plaintiff and putative class members who received medical care at Defendant, HealthPlus' facility and others similarly situated, were exposed to dangerous pathogens through inadequately sterilized medical equipment, and have suffered and continue to suffer physical and emotional injuries and damages (both economic and non-economic), as well as permanent disability, in the past, present and future.

36.     The negligence and recklessness of Defendant, HealthPlus was the sole and proximate cause of the injuries, damages and permanent disability of Plaintiff and others similarly situated, with Plaintiff, and others similarly situated, being in no way contributorily negligent.

37.     As a direct, proximate, immediate and foreseeable result of Defendant, HealthPlus' conduct, Plaintiff and others similarly situated, have and/or will suffer permanent economic and non-economic damages including but not limited to:

(a) Great indignity, humiliation, shame, mortification and other injuries to their physical, mental, emotional and nervous systems;

(b) Severe mental anguish and psychological distress;

(c) Physical injuries;

(d) The past, present and future cost of medical care, including but not limited to therapy and psychiatric and/or psychological counseling; and

(e) Lost earnings and diminished earnings capacity;

38.    The actions of Defendant, HealthPlus were negligently and recklessly indifferent to the rights, health and safety of Plaintiff and the proposed class.

## JURY DEMAND

39.    Plaintiff, Duanne Winley-Dunk, on behalf of herself and the proposed class, hereby demands a trial by jury of all claims.

## REQUEST AND PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Duanne Winley-Dunk, individually and on behalf of the proposed class, requests relief against the Defendant, HealthPlus as set follows:

a.    Notice to the Classes of the action;

b.    Certify this case as a class action;

c.    Award of damages, including compensatory, consequential, liquidated, punitive, and treble damages, with interest, not remitted to Plaintiff and Class Members, in accordance with applicable law;

d.    Reasonable attorneys' fees, costs, and expenses of this action;

e.    Pre-judgment and post-judgment interest as provided by law; and

f.    Such other, further, and different relief that the Court may deem just and proper.

Dated: Brooklyn, New York
      December 31, 2018

                                Respectfully submitted,

                                DUANNE WINLEY-DUNK,
                                individually and on behalf of all others similarly
                                situated,

                                By her attorneys,
                                ROBINSON & YABLON, P.C.

                                Jared R. Cooper, Esq.
                                Joel H. Robinson, Esq.

                                *Attorneys for Plaintiff and Proposed Class*
                                Office and P.O. Address
                                232 Madison Avenue, Suite 909
                                New York, New York 10016
                                Tel: (212) 725-8566
                                Fax: (212) 725-8567
                                Email: jcooper@ryinjury.com
                                        jrobinson@ryinjury.com

**Exhibit #1**

 **HEALTHPLUS SURGERY CENTER**

Elevating the Level of Outpatient Service

December 17, 2018

Winley-Dunk, Duanne
601 East 81st Street
Brooklyn, NYC 11236

Dear Winley-Dunk, Duanne

You are receiving this letter because you received a procedure at HealthPlus Surgery Center, LLC ("HealthPlus") between January 1, 2018 and September 7, 2018. An investigation by the New Jersey Department of Health revealed that during this time period, lapses in infection control in sterilization/cleaning instruments and the injection of medications may have exposed patients to bloodborne pathogens (diseases in people's blood), such as hepatitis B, hepatitis C, and human immunodeficiency virus (HIV). To date, there have not been reports of any infections or illness related to the investigation. However, **HealthPlus and the New Jersey Department of Health recommend that you get blood tests for hepatitis B, hepatitis C, and HIV.**

Knowing if you have hepatitis B, hepatitis C, or HIV is important because there are medicines, treatments, and other things that people with these infections can do to protect their health. You can be infected with these diseases and not feel sick at all. It is important that you get tested, even if you do not remember feeling sick. The tests are a simple blood test.

All of us at HealthPlus understand this may be upsetting. We want to assure you that we will assist you during this process, including paying for all medical costs associated with testing at the locations listed below. We recommend that you get tested as soon as possible. To provide you with more information, a fact sheet on these infections has been included with this letter. If you or your family members have questions call NJ Health Hotline at 1-800-962-1253 Monday through Friday from 9am-9pm. The NJ Poison Control Center is assisting with calls for this investigation.

**How do I get a blood test?**
For your convenience, HealthPlus is paying for patients to receive blood tests at LabCorp or Hudson Regional Hospital at no charge. Patients can go to any New York or New Jersey LabCorp location. If you prefer, HealthPlus can arrange for transportation to and from Hudson Regional Hospital for your convenience and at no cost to you. Please schedule an appointment as soon as you receive this letter. *On the day of the test, bring this letter with you.* Please call 1-888-507-0578 Monday through Friday from 9am-9pm to make an appointment at one of the following locations:

- You may have your testing performed at any New York or New Jersey LabCorp location. Your closest location can be found here: https://www.labcorp.com/ and an appointment

can also be scheduled through this website or by calling the testing site directly. You can also call 1-888-507-0578 between the hours of 9am-9pm Monday through Friday, and an appointment will be scheduled for you. Walk-ins without an appointment are also welcome at any New York or New Jersey LabCorp location.

**OR**

- You may have your testing performed at Hudson Regional Hospital located at 55 Meadowlands Parkway, Secaucus, New Jersey 07094. Appointments for blood tests will be scheduled at Hudson Regional Hospital between the hours of 8:00 a.m. and 8:00 p.m. Monday-Friday and between 10:00 a.m. and 3:00 p.m. on Saturdays. Walk-ins without an appointment are also welcome during these hours. If you prefer to schedule an appointment and/or require assistance with transportation to Hudson Regional Hospital, you can call 1-888-507-0578 between the hours of 9am-9pm Monday through Friday.

Please bring this letter and photo identification with you to the testing site on the day of your tests. If you will be having the blood tests performed by LabCorp, please also bring the LabCorp enclosure with you.

Please be advised that if you elect to have your tests performed by a provider or laboratory other than Hudson Regional Hospital or LabCorp, HealthPlus will not be responsible for any costs associated with the testing you receive and any fees paid by you in connection with such tests will not be reimbursed. To be clear, HealthPlus will only cover costs associated with lab testing performed by Hudson Regional Hospital or LabCorp.

**How will I get my blood test results?**
A copy of the test results will be sent to you and your doctor and you will be contacted by a representative from Hudson Regional Hospital with your results

**What if my blood test is positive?**
If your blood test is positive, a representative from Hudson Regional Hospital will explain the results and provide you with a referral to the appropriate specialist. Additionally, NYC residents can find care through the NYC Health Map found here: https://a816-health.si.nyc.gov/NYCHealthMap. We understand that this may be an upsetting situation for you, and that you and your family may have additional questions or concerns about the information you have received.

You may also call the HealthPlus hotline with questions at 1-888-507-0578 Monday through Friday from 9am-9pm. Included with this letter is a fact sheet about hepatitis B, hepatitis C, and HIV. This information explains about the diseases and may answer some of your questions.

Sincerely,
HealthPlus Surgery Center, LLC



# Bloodborne Pathogens

**What are Bloodborne Pathogens?** Disease producing viruses (germs) carried by the blood. Bloodborne pathogens like Hepatitis B (HBV), Hepatitis C (HCV), and Human Immunodeficiency Virus (HIV) are spread by direct contact with infected blood and/or body fluids. These diseases are NOT spread by casual contact (coughing, sneezing, hugging, etc.) or by food or water. A simple blood test can show if you are infected with HBV, HCV, and HIV.

|  | **Hepatitis B (HBV)** | **Hepatitis C (HCV)** | **HIV** |
|---|---|---|---|
| **What is it?** | An infection of the liver caused by the Hepatitis B Virus. HBV can range in severity from a mild illness lasting a few weeks to a chronic lifelong illness. | An infection of the liver caused by the Hepatitis C Virus. HCV can range in severity from a mild illness lasting a few weeks to a chronic lifelong illness. | Human Immunodeficiency Virus (HIV) is the virus that causes Acquired Immune Deficiency Syndrome (AIDS). Having AIDS means that the body has a hard time fighting infections. |
| **How is it spread?** | <ul><li>Sharing needles, syringes or other medication-injection items</li><li>Exposure to blood from needlesticks or other sharp objects/instruments</li><li>Direct contact with the blood or open sores of an infected person</li><li>Birth to a mother infected with HBV</li><li>Having sexual contact with a person infected with HBV</li><li>Sharing personal care items that may have come in contact with another person's blood, such as razors or toothbrushes</li></ul> | <ul><li>Sharing needles, syringes, or other medication injection items</li><li>Exposure to blood from needlesticks or other sharp objects/instruments</li><li>Direct contact with the blood or open sores of an infected person</li></ul> Less commonly, a person can also get hepatitis C through: <ul><li>Having sexual contact with a person infected with HCV</li><li>Sharing personal care items that may come into contact with blood or body fluids, such as razors or toothbrushes</li><li>Birth to a mother infected with HCV</li></ul> | <ul><li>Sharing needles, syringes or other medication-injection items</li><li>Exposure to blood from needlesticks or other sharp objects/instruments</li><li>Direct contact with the blood or open sores of an infected person</li><li>Birth to a mother infected with HIV.</li><li>Breastmilk from a mother infected with HIV</li><li>Having sexual contact with a person infected with HIV</li><li>Sharing personal care items that may have come in contact with another person's blood, such as razors or toothbrushes</li></ul> |

| What are possible symptoms? | <ul><li>Fever</li><li>Feeling tired</li><li>Loss of appetite</li><li>Nausea/vomiting</li><li>Belly pain</li><li>Dark urine</li><li>Clay-colored bowel movements (stools)</li><li>Joint pain</li><li>Yellowing of the skin/eyes</li></ul><br>Most individuals with chronic HBV remain symptom free for as long as 20 or 30 years. | <ul><li>Fever</li><li>Feeling tired</li><li>Loss of appetite</li><li>Nausea/vomiting</li><li>Belly pain</li><li>Dark urine</li><li>Clay-colored bowel movements (stools)</li><li>Joint pain</li><li>Yellowing of the skin/eyes</li></ul><br>Many people with HCV do not know they are infected because they do not look or feel sick. | You cannot rely on symptoms to know whether or not you are infected. Many people who are infected with HIV may not have symptoms for 10 years or more. |
|---|---|---|---|

|  | **Hepatitis B (HBV)** | **Hepatitis C (HCV)** | **HIV** |
|---|---|---|---|
| **What are the long term effects?** | Some may develop serious liver problems, including liver damage, cirrhosis, liver failure and liver cancer. | Some may develop cirrhosis (scarring) of the liver, liver cancer or liver failure. These can take 10, 20 or even 30 years to develop. Other people may have no long term effects. | AIDS is the late stage of HIV infection, when a person's immune system is severely damaged and has difficulty fighting diseases and certain cancers. |
| **Can it be treated?** | There are no specific medications available to treat acute hepatitis B.<br><br>People with chronic hepatitis B should be seen by a doctor regularly for signs of liver disease and evaluated for possible treatment.<br><br>Several medications have been approved for hepatitis B treatment, and new drugs are in development. However, not every person with chronic hepatitis B needs to be on medications.<br><br>There is a vaccine to prevent hepatitis B. | Medications are available to treat chronic hepatitis C infection. With the help of treatment, some people are able to rid their bodies of the hepatitis C virus. For someone with advanced hepatitis C disease, a liver transplant may be an option.<br><br>There is not a vaccine to prevent hepatitis C. | Current medications can dramatically improve the health of people living with HIV and slow succession from HIV infection to AIDS. At this time, there is no cure for HIV infection.<br><br>There is not a vaccine to prevent HIV. |
| **Can it be prevented?** | **The best way to prevent getting a bloodborne disease is to avoid contact with the blood and body fluids of other people.**<br>• Handwashing is the most important way to prevent the spread of many diseases.<br>• Wear disposable gloves if you have to touch anyone's blood, body fluid or wound.<br>• Don't share razors, toothbrushes or other household items that may be contaminated with blood.<br>• Get vaccinated against hepatitis B.<br>• Practice safer sex by using a latex condom correctly and consistently each time.<br>• Only get tattoos or body piercings from licensed facilities or places that use sterile equipment. | | |

For More Information:

**Hepatitis B:**
- New Jersey Department of Health: https://www.state.nj.us/health/cd/topics/hepatitisb.shtml
- Hepatitis B Frequently Asked Questions (FAQs): https://www.nj.gov/health/cd/documents/faq/hepb_faq.pdf
- Centers for Disease Control and Prevention (CDC) website: http://www.cdc.gov/hepatitis/index.htm

**Hepatitis C:**
- New Jersey Department of Health: https://www.state.nj.us/health/cd/topics/hepatitisc.shtml
- Hepatitis C Frequently Asked Questions (FAQs): https://www.state.nj.us/health/cd/documents/Hepatitis%20C-New%20FAQ%20logo-REV05042018..pdf
- Centers for Disease Control and Prevention (CDC) website: http://www.cdc.gov/hepatitis/index.htm

**HIV:**
- New Jersey Department of Health
- HIV Frequently Asked Questions (FAQs) https://www.nj.gov/health/hivstdtb/hiv-aids/getting-tested/faq.shtml

- Centers for Disease Control and Prevention (CDC) website: http://www.cdc.gov/hiv/

10/18

**Exhibit #2**

**PRWeb**
Online Visibility from Vocus

## Statement by Healthplus Surgery Center Administrator Betty McCABE on Possible Patient Exposure to Bloodborne Pathogens

*Patients who received a procedure at HealthPlus Surgery Center, LLC, in Saddle Brook, NJ, between January 1, 2018 and September 7, 2018 are being asked to get a blood test for hepatitis B, hepatitis C, and HIV.*

SADDLE BROOK, N.J. (PRWEB) December 26, 2018 -- Patients who received a procedure at HealthPlus Surgery Center, LLC, in Saddle Brook, NJ, between January 1, 2018 and September 7, 2018 are being asked to get a blood test for hepatitis B, hepatitis C, and HIV.

An investigation by the New Jersey Department of Health revealed that during this time period, deficiencies in infection control in both our sterilization/cleaning of instruments and the injection of medications may have exposed patients to blood borne pathogens (diseases in people's blood), such as hepatitis B, hepatitis C, and human immunodeficiency virus (HIV).

It is important to note that to date, there have not been reports of any infections or illness related to the investigation. However, HealthPlus and the New Jersey Department of Health are recommending that those patients get tested as soon as possible.

We recognize that this may be upsetting to our patients, and we are taking this matter very seriously and taking steps to assist them during this process. To that end, we have provided information about where and when they can get tested, as well as offered to pay for all medical costs associated with testing.

On September 7, 2018, the New Jersey Department of Health closed the center because some members of our staff were not following proper sterile processing procedures and failed to comply with other regulations regarding the dispensing and storage of medication, as well as infection control planning and procedures.

HealthPlus Surgery Center reopened on September 28, 2018after taking deliberate measures to:
- Improve its infection control and medication dispensing procedures
- Hire new key staff members to ensure compliance and adherence to a high quality standard, including a new director of nursing and a nationally-recognized sterile processing consultant, a quality consultant, an infection preventionist, and a Consultant Pharmacist
- Hire and train new sterile processing staff
- Clean and repair all instruments; this was performed by an outside resource under the oversight of the sterile processing consultant.

We have taken this issue very seriously. The New Jersey Department of Health's move to close the facility provided an opportunity to focus more intently on quality, safety and a consistent adherence to sound policies and procedures. As a result, we have made significant improvements to ensure our patients' safety and good health.

Today, HealthPlus is now complying with the rigorous standards and guidelines of the New Jersey Department of Health, CDC, AORN (Association of periOperative Nurses) and AAMI (Advancement of Medical Instrumentation Requirements).



And now, we are also focused on helping this select group of 3778 patients get tested quickly and expediently.

Established in 2016, HealthPlus Surgery Center is an ambulatory surgery center located in Saddle Brook, NJ. With approximately 30 employees, the Center offers the following procedures: Manipulation under Anesthesia, Orthopedics, Podiatry, Pain Management and Plastic Surgery.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*



**Contact Information**
**Betty McCabe, Administrator**
HealthPlus Surgery Center
+1 (862) 247-8080

**Online Web 2.0 Version**
You can read the online version of this press release here.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*